

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00074-CV

Stacey **SCOTT**,
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV
Honorable W.C. Kirkendall, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to June 29, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Tracia Lee                              Vaughan E. Waters
     Tracia Y. Lee, P.L.L.C.                 Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C.
     P.O. Box 171022                         100 N.E. Loop 410, Suite 500
     Austin, TX 78717                        San Antonio, TX 78216

     Stacey Jo Scott
     634 Ashmore Avenue
     New Braunfels, TX 78130